UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHELLE PROVOST, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>APTOS, INC., TEMPUR SEALY INTERNATIONAL, INC.,<br>　　　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:17-cv-02120-JPB |

## J U D G M E N T

This action having come before the Court, Honorable J.P. Boulee, United States District Judge, for consideration of Defendant Aptos Inc.'s Motion to Strike Amended Complaint, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to comply with this Court's Order.

Dated at Atlanta, Georgia, this 9th day of October, 2019.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　By:   s/Brittany Poley
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 9, 2019
James N. Hatten
Clerk of Court

By:  s/Brittany Poley
　　　　Deputy Clerk