IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHELLE PROVOST, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>APTOS, INC. and TEMPUR SEALY INTERNATIONAL, INC.,<br><br>    Defendants. | Case No. 1:17-CV-02120-JPB |

**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

Notice is hereby given that Michelle Provost ("Plaintiff" or "Provost"), Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Judgment of the United States District Court for the Northern District of Georgia entered in this action on the 10th day of October, 2019 [Doc. Nos. 79 and 80].

Dated:  November 1, 2019         Respectfully submitted,

                                           /s/ David J. Worley
                                           David J. Worley, Ga. Bar No. 776665

James M. Evangelista, Ga. Bar No. 707807
**EVANGELISTA WORLEY, LLC**
8100A Roswell Road
Suite 100
Atlanta, GA 30350
Phone: (404)205-8400
Fax: (404)205-8395
david@ewlawllc.com
jim@ewlawllc.com

William B. Federman (admitted *pro hac vice*), Oklahoma Bar No. 9467
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
405.235.1560 (*telephone*)
405.239.2112 (*facsimile*)
wbf@federmanlaw.com

Gary S. Graifman (admitted *pro hac vice*)
Jay I. Brody (admitted *pro hac vice*)
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
(845) 356-2570 (*telephone)*
(845) 356-4335 *(facsimile)*
ggraifman@kgglaw.com
jbrody@kgglaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 1st day of November, 2019.

/s/ *David J. Worley*
David J. Worley
