# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 20, 2020

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 19-14438-AA
Case Style: Michelle Provost v. Aptos, Inc., et al
District Court Docket No: 1:17-cv-02120-JPB

The enclosed copy of the Clerk's Entry of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA
Phone #: (404) 335-6180

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 19-14438-AA

_____

MICHELLE PROVOST,
individually and on behalf of all others similarly situated,

                                  Plaintiff - Appellant,

versus

APTOS, INC.,
TEMPUR SEALY INTERNATIONAL, INC.,

                                  Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellee Aptos, Inc.'s joint motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective July 20, 2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  T. L. Searcy, AA, Deputy Clerk

                                              FOR THE COURT - BY DIRECTION